**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **ROSA ELVA DEVORA**<br><br>**Plaintiff,**<br><br>**versus**<br><br>**POWER JOHN DOUGLAS, MOLSTAD LEROY SELMER, CALOYN COL, AND AIRBNB, INC.**<br><br>**Defendants** | **CIVIL ACTION NO.** 1:25-cv-00067 |

# NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Defendant, Airbnb, Inc. ("Airbnb"), files this Notice of Removal for removal of the above-titled action, *Rosa Elva Devora v. Power John Douglas, Molstad Leroy Selmer, Caloyn Col, and Airbnb, Inc.*, Cause No. 2024-CCL-00692, from the County Court at Law I for the County of Cameron, State of Texas, to the United States District Court for the Southern District of Texas, and reserves any and all rights, objections, defenses, exceptions, and dispositive motions, including motions to dismiss for lack of personal jurisdiction and any and all other motions filed pursuant to Rule 12(b).

1.

## A. Procedural Background

Plaintiff Rosa Elva Devora commenced this suit by filing a civil action entitled "*Rosa Elva Devora v. Power John Douglas, Molstad Leroy Selmer, Caloyn Col, and Airbnb, Inc.*," on October 3, 2024 in the County Court at Law I for the County of Cameron, State of Texas, bearing Docket

No. 2024-CCL-00692 ("State Court Action"). *See* Entire State Court Record, including Plaintiff's Original Petition, attached hereto as **Exhibit "A."**

2.

Airbnb has been served with the State Court Action. According to the database available at research.txcourts.gov, as of April 1, 2025, Co-Defendants Power John Douglas, Molstad Leroy Selmer, Caloyn Col have not yet been served with the State Court Action. *See* **Exhibit "B."** Because Power John Douglas, Molstad Leroy Selmer, and Caloyn Col have not yet been served, their consent to this removal is not required. *Humphries v. Elliott Co*., 760 F.3d 414, 417 (5th Cir. 2014).

3.

Because Airbnb has been served with the State Court Action, the 30-day removal period has commenced. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999); *Thompson v. Deutsche Bank Nat'l Tr. Co*., 775 F.3d 298, 304 (5th Cir. 2014). Airbnb was served with the State Court Action on March 17, 2025. Therefore, Airbnb has filed this Notice of Removal within the 30-day removal period.

4.

Pursuant to 28 U.S.C. §§ 124(c)(2), 98(a), and 1441(a), this Notice of Removal is properly filed in the Southern District of Texas, Brownsville Division, because the jurisdiction of this Court embraces the County of Cameron, the county in which the State Court Action was instituted.

5.

Pursuant to 28 U.S.C. § 1446(a), a copy of the entire State Court Record is attached hereto as **Exhibit "A."**

6.

Pursuant to 28 U.S.C. § 1446(d), undersigned counsel certifies that a copy of the Notice of

Removal will be served promptly on all parties and will be filed with the County Court at Law I the County of Cameron, State of Texas.

7.

**B. Diversity of Citizenship Jurisdiction**

This court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332 which provides in pertinent part that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States." As demonstrated in the following paragraphs, there is complete diversity of citizenship between Plaintiff and Airbnb, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

8.

Diversity of citizenship is found where there is complete diversity, *i.e.*, the citizenship of every plaintiff is diverse from the citizenship of every defendant that has been properly joined and served. *See Strawbridge v. Curtiss*, 7 U.S. 267 (1806); 28 U.S.C. § 1332.

9.

According to the allegations in Plaintiff's Petition, Plaintiff Rosa Elva Devora was a citizen of the State of Texas at the time of filing, and, upon information and belief, remains so at the time of removal.

10.

Airbnb—as recognized on page 2 of Plaintiff's Petition as a "foreign corporation"—is a citizen of the States of Delaware and California because it is incorporated in Delaware and its principal place of business is in California.

11.

The complete diversity requirement of 28 U.S.C. § 1332(a) is satisfied in this case because Plaintiff and Airbnb are citizens of different States.

12.

Removal of this action is not barred by 28 U.S.C. § 1441(b)(2), also known as the "forum-defendant rule," because Defendants Power John Douglas, Molstad Leroy Selmer, Caloyn Col—the only citizens of the forum state—have yet to be served with the State Court Action.[1] *Tex. Brine Co., L.L.C. v. Am. Arbitration Ass'n*, 955 F.3d 482, 487 (5th Cir. 2020).

13.

A case is removable on the basis of diversity if the amount in controversy exceeds $75,000.00. 28 U.S.C. § 1332(a). Generally, the amount in controversy for establishing federal jurisdiction is determined by the plaintiff's complaint. *See* 28 U.S.C. § 1446(c)(2); *Durbois v. Deutsche Bank Nat'l Tr. Co. as Tr. of Holders of AAMES Morg. Inv. Tr. 20054 Morg. Backed Notes*, 37 F.4th 1053, 1057 (5th Cir. 2022). However, where it is not facially apparent from the plaintiff's pleadings that her claims exceed the jurisdictional threshold, the case is removable within thirty (30) days of receipt of "other paper" by which the removing party can "ascertain[] that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3), (c)(3)(A).

Here, Plaintiff issued a demand for settlement on April 1, 2025, seeking the policy limits. She claims to continue suffering from severe and permanent injuries and includes damages for significant past and future physical pain and suffering, medical expenses, loss of enjoyment of life, and mental anguish.

---

1 *See* **Exhibit "B."**

Considering Plaintiff's policy limit demand, her assertion that she seeks to recover damages for future medical care, pain and suffering, and other damages, and her indication that she claims to still be having symptoms or issues related to the incident, it is now apparent that Plaintiff's damages, if proven true, will exceed $75,000.00, exclusive of interest and costs.

WHEREFORE, Airbnb, Inc., having met all the requirements for removal under 28 U.S.C. §§ 1441, *et seq*., including all the jurisdictional requirements of 28 U.S.C. § 1332, prays that this Notice of Removal be deemed good and sufficient and that this matter be removed from County Court at Law I for the County of Cameron, State of Texas, to this Honorable Court.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: ______________________________

Daniel J. Madden
State Bar No. 24002513
dmadden@foxrothschild.com
Saumya Kuriakose
State Bar No. 24114965
skuriakose@foxrothschild.com
Saint Ann Court
2501 N Harwood, Suite 1800
Dallas, Texas 75201
972/991-0889
972/404-0516 – Fax

*Attorneys for Airbnb, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal has been electronically filed in the Court's CM/ECF system and has been served by email on all counsel of record this 1st day of April, 2025.

______________________________
Daniel J. Madden

# EXHIBIT A

FILED
2024-CCL-00692
10/3/2024 4:22 PM
Sylvia Garza-Perez
Cameron County Clerk

2024-CCL-00692

**CAUSE NO. ______________**

| | | |
|---|---|---|
| ROSA ELVA DEVORA | § | IN THE COUNTY COURT |
| | § | |
| V. | § | |
| | § | AT LAW NUMBER________ |
| POWER JOHN DOUGLAS, MOLSTAD LEROY SELMER, CAROLYN COL AND AIRBNB, INC | § | Cameron County - County Court at Law I |
| | § | |
| | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES ROSA ELVA DEVORA, PLAINTIFF, complaining of and about POWER JOHN DOUGLAS, MOLSTAD LEROY SELMER, CAROLYN COL AND AIRBNB, INC DEFENDANTS, and for cause of action would respectfully show unto the Honorable Court the following:

## DISCOVERY CONTROL PLAN LEVEL

Pursuant to T.R.C.P. 190.4, PLAINTIFF intends to conduct Discovery in compliance with Level 2, and respectfully requests this Court to enter a Docket Control Order in this matter.

## PARTIES AND SERVICE

PLAINTIFF is a natural person and is a resident of Cameron, County, Texas.

POWER JOHN DOUGLAS is an individual and a resident of the State of Texas. Mr. Douglas may be served with citation at his home address located at 11050 Almond Park San Antonio, Texas 78249 and or any location where he may be found. Service will be by private process server.

MOLSTAD LEROY SELMER and CAROLYN COL are individual ands a resident of the State of Texas. Mr. Selmer and Mrs. Carolyn Col may be served with citation at their home address located at 3312 Turquia St Brownsville, Texas 78520 and or any location where they

may be found. Service will be by private process server.

DEFENDANT AIRBNB, INC. is a Delaware corporation headquarted in San Francisco, California and may be served with citation at their busniess located at 888 Brannan St, Suite 400 San Francisco, CA 94103.

## JURISDICTION AND VENUE

The subject matter in controversy is within the jurisdictional limits of this court.

PLAINTIFF seeks:

a. Only monetary relief of $250,000.00 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.

This court has jurisdiction over the parties because PLAINTIFF is a Resident of the State of Texas and DEFENDANT is authorized to conduct business in the State of Texas.

Venue in Cameron County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

POWER JOHN DOUGLAS, MOLSTAD LEROY SELMER, CAROLYN COL are the owners of the home located at 3312 Turquia St Brownsville, Texas 785520, the location where PLAINTIFF sustained her injuries. Airbnb, Inc. manages the property owned by POWER JOHN DOUGLAS, MOLSTAD LEROY SELMER, and CAROLYN COL. The company handles the rental process, connecting the property with guests and ensuring smooth operations throughout their stay.

Plaintiff booked a home through Airbnb, Inc. for a stay from July 14, 2023, through July 23, 2023. She entered the garage of the property. As she did so, she fell forward onto her knees

and then onto her right arm. Her husband helped her up and noticed that uneven flooring in the garage had caused the Plaintiff to fall and sustain injuries.

**PREMISES LIABILITY**

PLAINTIFF has a Premises Liability cause of action against DEFENDANT because PLAINTIFF meets the following elements:

1) PLAINTIFF was an INVITEE at DEFENDANTS AIRBNB, INC place of business having gone there for the purpose of rentaling a place to stay.

2) DEFENDANT AIRBNB, INC. is the possessor of the premises because DEFENDANT AIRBNB, INC. controlled and supervised the premises on which the accident occurred and DEFENDANT AIRBNB, INC knew or should have known of the danger to the public and should have engaged in the exercise of ordinary care and should have known that the condition of its property posed an unreasonable risk of harm.

3) DEFENDANT should have anticipated that a person on the property would not discover the danger or would fail to protect themselves against unreasonable risk of harm.

4) DEFENDANT was negligent in creating the unreasonable risk of harm. DEFENDANT knew or should have known about the unreasonable risk of harm however FAILED to correct it or warn PLAINTIFF.

5) During the course of PLAINTIFF'S visit to DEFENDANT AIRBNB, INC'S premises, PLAINTIFF suffered injuries and damages which were the direct result of an unreasonable risk of harm on DEFENDANT AIRBNB, INC'S premises.

6) The unreasonable risk of harm on DEFENDANT H.E.B. FOOD STORE INC'S premises caused PLAINTIFF to sustain injuries and incur medical expenses.

**NEGLIGENCE**

PLAINTIFF has a negligence cause of action against DEFENDANT because PLAINTIFF meets the following required elements:

a. DEFENDANTS owed a legal duty to PLAINTIFF to provide safe premises.

b. DEFENDANT'S employees, agents and representatives breached that DUTY.

c. The BREACH of said DUTY proximately caused PLAINTIFF'S injuries.

**DAMAGES FOR PLAINTIFF**

As a result of DEFENDANT'S negligence, PLAINTIFF has sustained and in reasonable probability, will sustain in the future the following damages that exceed the minimum jurisdictional limits of the court:

a. Pain and suffering in the past and in reasonable probability will be sustained in the future.

b. Mental anguish in the past and in reasonable probability will be sustained in the future.

c. Reasonable and necessary medical expenses in the past and that in reasonable probability will be sustained in the future; and

d. Loss of enjoyment of life in the past and that in reasonable probability will be sustained in the future.

As a result of DEFENDANT'S negligence, PLAINTIFF has sustained and in reasonable probability, will sustain in the future the following damages that exceed the minimum jurisdictional limits of the court:

a. Pain and suffering in the past and that in reasonable probability will be sustained in the future.

b. Mental anguish in the past and in reasonable probability will be sustained in the future.

c. Reasonable and necessary medical expenses in the past and that in reasonable probability will be sustained in the future; and

d. Loss of enjoyment of life in the past and that in reasonable probability will be sustained in the future.

**RESERVATION OF RIGHTS**

PLAINTIFF reserves the right to propound evidence of sustained damage IN A SUM CERTAIN at TRIAL. PLAINTIFF also reserves the right to AMEND this PETITION to add additional counts as further discovery is completed and as PLAINTIFF'S investigation continues.

## CONDITIONS PRECEDENT

Pursuant to Rule 154 of the Texas Rules of Civil Procedure, all conditions precedent to PLAINTIFF'S right to recover herein and to DEFENDANT'S liability have been performed or have occurred.

## JURY DEMAND

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, PLAINTIFF DEMANDS a TRIAL by JURY. Simultaneously with the filing of Plaintiff's Original Petition, a Jury fee was paid on behalf of PLAINTIFF.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, PLAINTIFF, PRAYS that the DEFENDANT be CITED to APPEAR and ANSWER herein, and that upon TRIAL, that JUDGEMENT be entered for the **PLAINTIFF** against **DEFENDANT** for damages as hereinabove set out, in amounts to exceed those hereinbefore pled; for pre-judgment and post-judgment interest as allowed by Law, for all costs of court and such other and further relief both general and special, at law or in equity, to which **PLAINTIFF** may be justly entitled.

Respectfully submitted,

**LAW OFFICES OF IGNACIO G. MARTINEZ**
1205 N. Expressway, Suite A
Brownsville, Texas 78520
(956) 542-2264 (Telephone)
(956) 269-9007 (Facsimile)
ignacio@martinezlegal.com
legal1@martinezlegal.com

*Ignacio G. Martinez*
Ignacio G. Martinez
State Bar No. 24049105

ATTORNEYS FOR PLAINTIFF

# PLAINTIFF DEMANDS TRIAL BY JURY

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bernice Silva on behalf of Ignacio Martinez
Bar No. 24049105
legal1@martinezlegal.com
Envelope ID: 92773611
Filing Code Description: Petition
Filing Description: Petition
Status as of 10/4/2024 9:15 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ignacio G.Martinez | | ignacio@martinezlegal.com | 10/3/2024 4:22:35 PM | SENT |
| Bernice Silva | | legal4@martinezlegal.com | 10/3/2024 4:22:35 PM | SENT |

# EXHIBIT B

## Case Information

# Rosa Devora VS Power Douglas,Molstad Selmer,Carolyn Col,Airbnb

2024-CCL-00692

Location
Cameron County - County Clerk

Case Category
Civil - Injury or Damage

Case Type
Other Injury or Damage

Case Filed Date
10/3/2024

Judge
McDonald, Arturo A., Jr.

Case Status
Open (Pending)

## Parties 5

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | Rosa Elva Devora | | Mr Ignacio G. Martinez |
| Defendant | Airbnb | | |
| Defendant | Carolyn Col | | |
| Defendant | Power John Douglas | | |
| Defendant | Molstad Leroy Selmer | | |

## Events 9

| Date | Timestamp Created | Event | Type | Comments | Documents |
|---|---|---|---|---|---|
| 10/3/2024 | | Filing | EFOP | Petition | PLAINTIFFS ORIGINAL PETITION.pdf |
| 10/7/2024 | | Service | Citation | - | - |
| 10/7/2024 | | Service | Citation | - | - |
| 10/7/2024 | | Service | Citation | - | - |
| 10/7/2024 | | Service | Citation | - | - |
| 10/7/2024 | | Filing | CITISSPD | to: Power J. Douglas | Citation Issued(PD).pdf, email.pdf |
| 10/7/2024 | | Filing | CITISSPD | to: Molstad Leroy Selmer | Citation Issued(PD).pdf, email.pdf |
| 10/7/2024 | | Filing | CITISSPD | to: Carolyn Col | Citation Issued(PD).pdf, email.pdf |
| 10/7/2024 | | Filing | CITISSPD | to: Airbnb | Citation Issued(PD).pdf, email.pdf |

© 2025 Tyler Technologies, Inc. | All Rights Reserved
Version: 2024.12.5.1042

EMPOWERED BY TYLER TECHNOLOGIES